UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 06-19-JBC

BENNIE J. DRAKE,                                                                                            PLAINTIFF,

V.                                              **JUDGMENT**

JO ANNE BARNHART, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,                                                          DEFENDANT.

* * * * * * * * * *

The court, having granted summary judgment in favor of the Commissioner, enters judgment in favor of the defendant Commissioner.

This is a **FINAL** and **APPEALABLE** order, and no just cause for delay exists.

This matter is **STRICKEN** from the court's active docket.

Signed on November 21, 2006

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY